U.S. Equities Corp., Plaintiff-Appellant, 
against
Elhadji Sylla, Defendant-Respondent.



Plaintiff, as limited by its briefs, appeals from so much of an order of the Civil Court of the City of New York, New York County (Dakota D. Ramseur, J.), entered July 18, 2017, which granted defendant's motion to vacate the default judgment.




Per Curiam.
Order (Dakota D. Ramseur, J.), entered July 18, 2017, affirmed, with $10 costs.
Given the strong public policy in favor of resolving cases on the merits, we found no abuse of discretion in the grant of defendant's motion for vacatur relief (see National Union Fire Ins. Co. of Pittsburgh, Pa. v Diamond, 39 AD3d 360 [2007]). The default was not intentional or prejudicial, defendant moved for vacatur relief upon learning of the default judgment entered against him, and the record shows the existence of a meritorious defense. In the latter regard, we note that the complaint, although alleging that plaintiff purchased a debt owed by defendant, failed to indicate the name of the entity that the debt was purchased from or the nature of plaintiff's obligation to that unidentified creditor. In these circumstances, we find that defendant's moving papers were sufficient to establish a defense to the action.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 21, 2019